**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| ERICKSON,<br><br>          Plaintiff,<br><br>   vs.<br><br>WEBER COUNTY JUDICIAL,<br><br><br>          Defendants. | Case No. 1:24-cv-00027-CMR<br><br><br>**JUDGMENT IN A CIVIL CASE**<br><br><br>Magistrate Judge Cecilia M. Romero |

IT IS ORDERED AND ADJUDGED

That the above-captioned case is DISMISSED without prejudice.

DATED this 5 February 2025.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah